DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RICHARD A. MORSE, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2349

_____

February 18, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Richard A. Morse, Jr., pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, KELLY, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.